**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | February 21, 2007 | Probation: | Keith Williams |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Adriana Weisz |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **05-cr-00214-WYD**      Counsel:

UNITED STATES OF AMERICA,            Gregory H. Rhodes

      Plaintiff,

v.

**5. RAMON DURAN SOLIS, a/k/a**       Daniel F. Boyle
**Chakurras**,

      Defendant.

_____

**SENTENCING**
_____

**4:05 p.m.**   Court in Session - Defendant present (in-custody)

      **Change of Plea Hearing - November 28, 2006**
      **Plea of Guilty - count 9 of Indictment**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

4:06 p.m.   Statement and argument on behalf of Government (Mr. Rhodes).

4:07 p.m.   Statement on behalf of Defendant (Mr. Boyle).

4:12 p.m.   Statement by Defendant on his own behalf (Mr. Solis).

4:12 p.m.   Statement by Mr. Boyle regarding his prior absence.

Judge Wiley Y. Daniel
05-cr-00214-WYD - Sentencing Minutes

            Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (#549 - 2/6/07) is **GRANTED.**

**ORDERED:** Government's Amended Motion for Downward Departure (#557 - 2/20/07) is **GRANTED.**

**ORDERED:** Government's Motion for Downward Departure (#551 - 2/6/07) is **DENIED AS MOOT.**

**ORDERED:** Defendant be **imprisoned** for **56** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at F.C.I. - LaTuna, TX.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

Judge Wiley Y. Daniel
05-cr-00214-WYD - Sentencing Minutes

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

- (X)   If not deported, the defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

- (X)   If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss (#550 - 2/6/07) is **GRANTED.**

Order to Dismiss is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:18 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:13**