IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 05-cr-00214-WYD

UNITED STATES OF AMERICA,

> Plaintiff,

v.

5. RAMON DURAN-SOLIS, a/k/a "Chakurras,"

> Defendant.

---

## ORDER TO DISMISS

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above styled and numbered

case, is hereby dismissed against RAMON DURAN-SOLIS.

DATED this 21st day of February, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE